**Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00078-CV
_____

### ELITE COLLISION CENTER, ET AL, Appellants

### V.

### CC AUTO BROKERS, INC., Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 978206**

---

## ORDER

This is an appeal from a judgment signed December 15, 2014. The clerk's record was filed May 6, 2015.

Our review has determined that a relevant item has been omitted from the clerk's record. See Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment signed December 15, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 12, 2015, containing the trial court's judgment signed December 15, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM